# Ex Parte Vidal.

Apelación procedente de la Corte de Distrito de

Mayagüez.

No. 157.   Resuelto en diciembre 16, 1905.

Reconocimiento de hijo natural.—Prueba de la filiación.—Partidas de bautismo.—El reconocimiento de un hijo natural, consignado en una partida de bautismo, sin intervención del padre, ni otra prueba del reconocimiento que la simple afirmación del ministro que autoriza la partida, no es suficiente para acreditar la filiación de dicho hijo natural.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. López Landrón*.

Abogado del Pueblo: *Sr. Rossy, Fiscal*.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Se trata de autos promovidos por Félix Vidal Morales, solicitando de la Corte de Distrito de Mayagüez se le declare heredero abintestato de don Félix Ramón Morales como hijo natural reconocido que dice ser del mismo. Como prueba de su filiación, ha presentado el peticionario copia de su partida de bautismo y además han declarado dos testigos que don Félix Ramón Morales falleció sin otorgar testamento, dejando como único heredero á don Félix Vidal Morales, su hijo reconocido; habiéndose presentado además copia de la partida de defunción de don Félix Ramón Morales.

La Corte de Distrito de Mayagüez, después de citado el fiscal y oídos los testigos, dictó sentencia contra el peticionario como sigue:

"*Considerando*: que no se ha acreditado que Félix Vidal Morales sea hijo reconocido de Félix Ramón Morales, por documento público, tal cual la ley lo exige, ni siquiera de una forma tácita, como aceptaba la antigua Legislación, vigente antes del Código Civil, promulgado en 1890, y revisado el pasado año.

*Considerando*: que falta la base para el reconocimiento que se solicita, ó la declaratoria de heredero abintestato de Don Félix Ramón Morales, por Don Félix Vidal, ya que éste ni siquiera usa el apellido del que dice es su padre, sino en segundo término, y todo esto debe ser aclarado previamente.

*Considerando*: que los hijos legítimos ó ilegítimos, suceden á sus padres, pero es en el caso de que conste esa paternidad, y el reconocimiento del hijo natural exige formalidades que no han sido cumplidas en el presente caso.

Se declara no haber lugar á la declaratoria de heredero abintestato que se solicita."

Nosotros hemos resuelto en el caso de Carmen Ramos y Rosario que no basta para acreditar la filiación de un hijo

natural el reconocimiento consignado en una partida de bautismo sin intervención del padre, ni otra prueba de dicho reconocimiento que la simple afirmación del ministro que expidió la partida. En el presente caso, añadimos, que las declaraciones de los testigos que han declarado son tan generales que no aumentan el valor probatorio presentado.

Y por lo tanto, opinamos que debe confirmarse la sentencia apelada, autorizando, sin embargo, al peticionario para que pueda presentar su reclamación de acuerdo con los preceptos de la ley en cuanto á procedimientos legales especiales, aprobada el 9 de marzo del presente año, según queda consignado en el dictamen de esta corte en el caso de Carmen Ramos y Rosario, del cual se ha hecho mérito.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.